

1395 Panther Lane
Suite 300
Naples, FL  34109
239-262-5959
Fax 239-434-4999
www.quarles.com

Attorneys at Law in
Chicago
Indianapolis
Madison
Milwaukee
Minneapolis
Naples
Phoenix
Tampa
Tucson
Washington, D.C.

Writer's Direct Dial: 239-434-4946
E-Mail: Joseph.Kohn@quarles.com

June 28, 2022

**VIA ECF**

The Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

      RE:    Wilson & Wilson Holdings LLC v. DTH, LLC
                Case No. 1:22-cv-2941-PGG

Dear Judge Gardephe:

      Pursuant to the Court's Notice of Pretrial Conference, scheduled for July 21, 2022 at 10:15 a.m., counsel for Plaintiff has served a copy of the Notice of Pretrial Conference and the Court's Individual Practices on counsel for Defendant DTH, LLC. A copy of the notice (without attachments) is enclosed. Additionally, pursuant to the Court's Notice, a copy of the Notice of Pretrial Conference and the Court's Individual Practices was served on Defendant along with the Summons and Complaint on May 2, 2022.

      Thank you for your time and consideration in this matter.

                            Very truly yours,

                            Joseph T. Kohn

Enc.
cc:    Steven Fitzgerald, Esq.

QB\74626867.1