UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| WILSON & WILSON HOLDINGS LLC, | |
| Plaintiff, | Index No. 1:22-cv-02941-PGG |
| -against- | |
| DTH, LLC, | |
| Defendant. | |

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Steven S. Fitzgerald of Wollmuth Maher & Deutsch LLP hereby appears on behalf of Defendant DTH, LLC, in the above-captioned case.

I certify that I am admitted to practice in the United States District Court for the Southern District of New York. Defendant respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on the undersigned via the CM/ECF service list in this case.

Dated: June 29, 2022
       New York, New York

**WOLLMUTH MAHER & DEUTSCH LLP**

By: _/s/ Steven S. Fitzgerald_
    Steven S. Fitzgerald
    Wollmuth Maher & Deutsch LLP
    500 Fifth Avenue, 12th Floor
    New York, New York 10110
    Phone: (212) 382-3300
    Fax: (212) 382-0050
    sfitzgerald@wmd-law.com

*Counsel for DTH, LLC*

## **CERTIFICATE OF SERVICE**

I, Steven S. Fitzgerald, certify that on June 29, 2022, I have caused the foregoing Notice of Appearance to be filed with the Clerk of the Court via the ECF system and on all parties pursuant to Federal Rule of Civil Procedure 5.

                                                    */s/ Steven S. Fitzgerald*