UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILSON & WILSON HOLDINGS LLC,

           Plaintiff,

-against-

DTH, LLC,

           Defendant.

**ORDER**

22 Civ. 2941 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the conference currently scheduled to take place on August 18, 2022 will instead take place on **August 23, 2022 at 4:30 p.m.**

Dated: New York, New York
       August 16, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge