**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*

**Paul G. Gardephe, U.S.D.J.**

Dated: September 30, 2022

# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE
NEW YORK, NEW YORK 10110

_____

TELEPHONE (212) 382-3300

September 28, 2022

Honorable Paul G. Gardephe
United States District Court for the SDNY
40 Foley Square
New York, New York 10007

      Re: *Wilson & Wilson Holdings LLC, v. DTH, LLC*, 1:22-cv-02941-PGG

Dear Judge Gardephe:

      I represent Defendant DTH, LLC in the above-captioned matter and write to request an extension of DTH's time to file a letter addressing whether DTH intends to file a motion to dismiss in this matter. During the conference with the Court on September 15, 2022, Your Honor indicated that DTH's letter was due on September 29, 2022, one week after Plaintiff's deadline to file an amended complaint. The parties are currently engaged in discussions to assess whether settlement negotiations in this case might be productive. Those discussions have been delayed because Plaintiff and Plaintiff's counsel are located in Florida and in the path of Hurricane Ian. Accordingly, DTH requests an extension of its time to file its letter until October 6, 2022. Plaintiff consents to this request and there have been no prior requests for an extension of this deadline.

                                              Respectfully submitted,

                                              */s/ Steven S. Fitzgerald*
                                              *Counsel for DTH, LLC*

cc: Counsel of Record via ECF