UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
WILSON & WILSON HOLDINGS LLC,

        Plaintiff,

v.

DTH, LLC, TOMER DICTUREL, and
RYAN HICKMAN,

        Defendants.
-------------------------------------------------------x

Case No. 1:22-CV-02941-PGG

**CLERK'S CERTIFICATE
OF DEFAULT**

    I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced against Defendant Ryan Hickman pursuant to a Complaint filed on September 22, 2022. Defendant Ryan Hickman did not answer or otherwise move with respect to the Complaint filed on September 22, 2022, despite receiving valid service of process. The operative Second Amended Complaint was filed on October 31, 2022, with the filing of a summons and Second Amended Complaint, a copy of the summons and Second Amended Complaint was served on Defendant Ryan Hickman by substituted service on his spouse, Eleanor Hickman, at Defendant Ryan Hickman's primary residence, and proof of service was therefore filed on December 5, 2022, Doc. #52. I further certify that the docket entries indicate that the Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant is hereby noted.

Dated: New York, New York

    December 08, 2022

                                                        RUBY J. KRAJICK

                                                        Clerk of Court

                                                        By: _____
                                                        Deputy Clerk