UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILSON & WILSON HOLDINGS LLC,

                Plaintiff,

                - against -

DTH, LLC; TOMER DICTUREL; and RYAN HICKMAN,

                Defendants.

**ORDER**

22 Civ. 2941 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Hickman has not appeared in this action, and he has not responded to the Second Amended Complaint in any fashion.  Accordingly, Plaintiff will move for a default judgment against Defendant Hickman in accordance with this Court's Individual Rules of Practice for Civil Cases, no later than **February 8, 2023**.

Dated:  New York, New York
          January 25, 2023

SO ORDERED.

_/s/ Paul G. Gardephe_

Paul G. Gardephe
United States District Judge