USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wilson & Wilson Holdings LLC,

                Plaintiff,

-against-

DTH, LLC et al.,

                Defendants.

1:22-cv-02941 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that the parties' request to adjourn the telephone conference scheduled for February 22, 2023 (*see* 2/15/23 Letter Motion, ECF No. 79) is granted. The conference is adjourned until February 27, 2023 at 3:00 p.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

    It is further Ordered that the parties' request for an extension of the discovery deadlines (*see* 2/2/23 Letter Motion, ECF No. 67; *see also* 2/15/23 Letter Motion) is granted in part. The current discovery deadlines are adjourned *sine die*. The Court will address the proposed schedule during the February 27, 2023 conference and, thereafter, enter a revised Scheduling Order.

**SO ORDERED.**

Dated:    New York, New York
            February 16, 2023

_____
STEWART D. AARON
United States Magistrate Judge