**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2023
```

**Wilson & Wilson Holdings LLC,**

                                        **Plaintiff,**

                    -against-

**DTH, LLC et al.,**

                                        **Defendants.**

**1:22-cv-02941 (PGG) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered that, no later than Monday, March 6, 2023, the parties shall file a joint letter indicating: (a) whether the parties wish to consent to proceed before the undersigned for all purposes[1] or for a specific dispositive motion;[2] and (b) setting forth a proposed briefing schedule on the parties' anticipated motions, *i.e.*, Plaintiff's motion for jurisdictional discovery and/or motion to compel and Defendant Dicturel's motion for a protective order and/or (if the parties' consent) motion to dismiss. The discovery deadlines remain adjourned *sine die*.

**SO ORDERED.**

Dated:        New York, New York
              February 27, 2023

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] See Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (uscourts.gov)

[2] See Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge (uscourts.gov)