UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wilson & Wilson Holdings LLC,

                      Plaintiff,

-against-

DTH, LLC et al.,

                      Defendants.

1:22-cv-02941 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Having received no response from Plaintiff in response to the motion by its counsel, Joseph Kohn, John Remmington, Gabriela Timis and Kirti Reddy of Quarles & Brady LLP ("Quarles"), to withdraw (Motion to Withdraw, ECF No. 99), which was due by June 21, 2023 (*see* 5/22/2023 Order, ECF No. 102), it is hereby Ordered that the motion to withdraw is GRANTED.

    The Court will give Plaintiff thirty days to secure new counsel. Thus, Plaintiff shall appear by counsel no later than July 24, 2023. Plaintiff is reminded that an LLC cannot appear pro se and failure to appear through counsel may result in this action being dismissed. (*See* 5/22/2023 Order at 1-2.)

    Plaintiff's withdrawing counsel shall serve a copy of this Order on Plaintiff and, no later than June 30, 2023, shall file proof of service on the docket.

**SO ORDERED.**

Dated:    New York, New York
             June 23, 2023

                                                        /s/ Stewart D. Aaron
                                                        STEWART D. AARON
                                                        United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/2023